DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CLEARWATER BUSINESS LAW, LLC,

Petitioner,

v.

SUNCOAST PRIMATE SANCTUARY FOUNDATION, INC.; CHRISTY
HOLLEY, NANCY NAGEL, KEN PELTIER, JON COBB, CHARLES
O'DONNELL, and SANDRA DILLARD,

Respondents.

No. 2D23-1986

_____

July 17, 2024

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Michael F. Andrews, Judge.

Sean M. Wagner and Andrew J. Mongelluzzi of Clearwater Business Law,
LLC, Clearwater, for Petitioner.

Lee L. Haas of Haas & Castillo, PLLC, Clearwater, for Respondents
Suncoast Primate Sanctuary Foundation, Inc., Christy Holley, Nancy
Nagel, and Ken Peltier.

No appearance for remaining Respondents.


PER CURIAM.

    Denied.

NORTHCUTT, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.